482-15

# ELECTRONIC RECORD

COA # 11-12-00335-CR          OFFENSE: 19.02

STYLE: **Alfred James Williams**
**v. The State of Texas**          COUNTY: Taylor

COA DISPOSITION: AFFIRMED          TRIAL COURT: 350th District Court

DATE: 3/31/15          Publish: NO   TC CASE #: 10254-D

# IN THE COURT OF CRIMINAL APPEALS

STYLE: **Alfred James Williams**
**v. The State of Texas**          CCA #: **PD-0482-15**

_APPELLANT'S_ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_REFUSED_          JUDGE: _____

DATE: 08/26/2015          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

--------------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**